JAMES R. WHALEY, trustee, plaintiff in error, *vs.* JOHN H. WALKER *et al.*, defendants in error.

WILLIAM A. CHERRY, plaintiff in error, *vs.* THE HOME BUILDING AND LOAN ASSOCIATION, defendant in error.

MARTHA A. FLOURNOY, plaintiff in error, *vs.* WILEY F. HOOD, executor, defendant in error.

JOHN NEAL, plaintiff in error, *vs.* JESSE C. KYLE *et al.*, defendants in error.

THE PLANTERS' BANKING COMPANY, plaintiff in error, *vs.* ADAMS & BAZEMORE *et al.*, defendants in error.

WILLIAM A. HUFF *et al.*, plaintiffs in error, *vs.* THE COMMISSIONERS FOR BIBB COUNTY, defendants in error.

ELIZA H. PRICE *et al.*, plaintiffs in error, *vs.* JOHNSON & SMITH *et al.*, defendants in error.

The discretion of the chancellor, exercised in granting or refusing an injunction, or in appointing or declining to appoint a receiver, where the judgment turned upon a conflicting state of facts, will not be controlled unless manifestly abused, or unless some well recognized principle of law be violated.